LA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

FRANCISCO MIMO LANNOY

STEVEN MIMO LANNOY

    Plaintiff,

    v.

FROEDTERT SOUTH INC.

    Defendant.

19-C-1087

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 DEC -3 P 3:00
CLERK OF COURT

November 30th, 2020

Honorable Judge Adelman

    This letter is to notify the honorable court you preside that in the matter referenced above, the parties have not been able to reach a settlement.

    At this point, we the plaintiffs petition the court to reopen the case and proceed with the corresponding implementation of the pretrial schedule.

Best regards,

/Francisco Mimo-Lannoy

/Steven Mimo-Lannoy

Francisco & Steven Mimo
3308 N Lannoy
Manor Dr
Lansing, IL 60438

SUBURBAN IL 604
30 NOV 2020 PM 2 L

U.S. MARSHALS SERVICE
DEC 03 2020
MILWAUKEE, WI

53202-458299

US Federal Building & Courthouse
517 E Wisconsin Ave Room 362
Milwaukee WI 53202

USA FOREVER