UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FRANCISCO J. MIMO-LANNOY AND
STEVEN H. MIMO-LANNOY,

        Plaintiff,

vs.

Case No. :19-cv-01087-LA

FROEDTERT SOUTH, INC.,

Judge Lynn Adelman

        Defendants.

## **STIPUALTION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs Francisco J. Mimo-Lannoy and Steven H. Mimo-Lannoy and Defendant Froedtert South, Inc., that this action be dismissed in its entirety, with prejudice, and with each party bearing his or its own costs, attorneys' fees and expenses.

Dated this 17th day of February 2021.

    MICHAEL BEST & FRIEDRICH LLP

    Electronically signed by

    By:    s/ Elizabeth A. Odian
           State Bar No. 1084776
           Marie G. Bahoora
           State Bar No. 1092689
           790 N. Water Street, Suite 2500
           Milwaukee, WI 53202
           Phone: 414-271-6560
           Fax: 414-277-0656
           E-mail: eaodian@michaelbest.com
           E-mail: mgbahoora@michaelbest.com

    Attorneys for Defendants

FRANCISCO J. MIMO-LANNOY

s/ Francisco J. Mimo-Lannoy
Plaintiff *Pro Se*

STEVEN H. MIMO-LANNOY

/s Steven H. Mimo-Lannoy
Plaintiff *Pro Se*

2